**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ROBERT JOHNSON, | Case No. 2:11-cv-1250-APG-NJK |
| Plaintiff(s), | **ORDER DISMISSING CASE FOR WANT OF PROSECUTION** |
| v. | |
| XIANGZHI CHEN, *et al.*, | |
| Defendants. | |

On January 28, 2014, Plaintiff was advised by the court (Dkt. #20) that, pursuant to Local Rule 41-1, this action would be dismissed for want of prosecution unless on or before February 27, 2014, action was taken in this case. Since then, the parties have failed to take any action in this case. Nor have the parties shown cause why this action should not be dismissed. Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this lawsuit is DISMISSED without prejudice.

Dated: March 3, 2014.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE